1

2

3    O

4

5    JS - 6

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   TERESA ACEVEDO, an          )   Case No. CV 15-02183 DDP (AJWx)
     individual,                 )
12                               )   **ORDER REMANDING TO STATE COURT**
                    Plaintiff,   )
13                               )
          v.                     )
14                               )
     KIA MOTORS AMERICA, INC., a )
15   California corporation;     )
     CARSON CJ, LLC dba CAR PROS )
16   KIA, a California limited   )
     liability company,          )
17                               )
                    Defendants.  )
18                               )
     _____ )
19

20       Defendant removed the action to this Court on March 24, 2015

21   on the basis of federal question jurisdiction.

22       Federal courts are courts of limited jurisdiction.  <u>Owen</u>

23   <u>Equip. & Erection Co. v. Kroger</u>, 437 U.S. 365, 374 (1978).  Federal

24   district courts have "original jurisdiction of all civil actions

25   arising under the Constitution, laws, or treaties of the United

26   States."  28 U.S.C. § 1331.  Alternatively, district courts may

27   exercise diversity jurisdiction when there is complete diversity

28   ///

between the parties and the amount in controversy exceeds $75,000.
28 U.S.C. § 1332.

The parties stipulated to dismiss the causes of action arising under the Magnuson Moss Warranty Act on May 11, 2015. Because the Magnuson Moss Warranty Act was the basis for federal question jurisdiction, this court no longer has subject matter jurisdiction. Furthermore, it does not appear that there are grounds for diversity jurisdiction.

Accordingly, the Court REMANDS this action to Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: June 2, 2015

DEAN D. PREGERSON
United States District Judge

2